O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WALLACE, SR., | CASE NO. CV 12-03562 ODW (RZ) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| LEROY BACA, SHERIFF, ET AL., | |
| Defendants. | |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the First Interim Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the First Interim Report.

DATED: August 28, 2012

*(signature)*

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE