O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WALLACE, SR., <br><br> Plaintiff, <br><br> vs. <br><br> LEROY BACA, SHERIFF, ET AL., <br><br> Defendants. | CASE NO. CV 12-03562 ODW (RZ) <br><br> ORDER ACCEPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Second Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Second Report.

DATED: September 18, 2013

*[signature]*

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE