**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WALLACE, SR., | CASE NO. CV 12-03562 ODW (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| LEROY BACA, SHERIFF, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Second Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: September 18, 2013

*[signature]*

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE